**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1634**

_____

WILLIAM C. THOMPSON,

                      Plaintiff - Appellant,

     versus

VIRGINIA DEPARTMENT OF GAME AND INLAND
FISHERIES,

                      Defendant - Appellee,

     and

ROGER CHAFFE; DON HINCHEY; DAN HALL; MR.
WOODFIN,

                      Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Abingdon. James P. Jones, Chief District Judge. (1:05-cv-00109-jpj)

_____

Submitted: August 24, 2006         Decided: August 29, 2006

_____

Before KING, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William C. Thompson, Appellant Pro Se.  John Kenneth Byrum, Jr., OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William C. Thompson appeals the district court's judgment granting summary judgment to the Virginia Department of Game and Inland Fisheries. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thompson v. Virginia Dep't of Game and Inland Fisheries, No. 1:05-cv-00109-jpj (W.D. Va. May 14, 2006). We also deny as moot Thompson's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED